## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA et al.** *ex rel.* **JANE DOE,** | CIVIL ACTION |
| **Plaintiff,** | NO: 2:17-CV-05736-PD |
| **v.** | |
| **CENTER FOR VEIN RESTORATION (MD), LLC and SANJIV LAKHANPAL, M.D.,** | HON. PAUL S. DIAMOND |
| **Defendants.** | |

### STIPULATION AND CONSENT ORDER FOR EXTENSION OF TIME

Pursuant to Local Rule 7.4, Plaintiff-Relator Jane Doe and Defendants Center for Vein Restoration (MD), LLC and Sanjiv Lakhanpal, M.D., hereby stipulate that:

1.      Plaintiff-Relator shall have an additional 18 days, up to and including August 23, 2019, to respond to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue [ECF 41]; and

2.      Defendants shall have an additional 14 days, up to and including September 20, 2019, to file a reply.

No prior extension has been granted by the Court.

| | |
|---|---|
| ROSS FELLER CASEY LLP | DUANE MORRIS LLP |
| By: */s/ Brian J. McCormick, Jr.* | By: */s/ Jonathan L. Swichar* |
| Brian J. McCormick, Jr. | Jonathan L. Swichar (SBN: 80380) |
| Ross Feller Casey LLP | Michael M. Mustokoff (SBN: 15674) |
| 1650 Market Street | Alexandra Waleko (SBN: 324703) |
| Suite 3450 | 30 South 17th Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (215) 231-3740 | Telephone: (215) 979-1000 |
| bmccormick@rossfellercasey.com | Facsimile: (215) 979-1020 |

mmustokoff@duanemorris.com
jlswichar@duanemorris.com
awaleko@duanemorris.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ James R. Ravitz*
James R. Ravitz (admitted *pro hac vice*)
Shari Fleishman Esfahani (admitted *pro hac vice*)
Theodore Serra (admitted *pro hac vice*)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
jravitz@wsgr.com
sesfahani@wsgr.com
tserra@wsgr.com

Leo P. Cunningham (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
lcunningham@wsgr.com

*Counsel for Defendants Center for Vein Restoration (MD), LLC and Sanjiv Lakhanpal, M.D.*

**SO APPROVED AND ORDERED**

Dated: _____          _____
                                        Honorable Paul S. Diamond,
                                        United States District Judge

2