IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAREN FULTON, STATE OF MARYLAND & DISTRICT OF COLUMBIA, | |
| *Plaintiffs*, | Civil Action No. PX-15-3591 |
| v. | |
| CVR MANAGEMENT, LLC, *et al.*, | |
| *Defendants*. | |
| | |
| UNITED STATES OF AMERICA *ex rel.* JANE DOE, STATES OF CONNECTICUT, FLORIDA, INDIANA, MARYLAND, MICHIGAN, NEW JERSEY, NEW YORK, VIRGINIA, & DISTRICT OF COLUMBIA | Civil Action No. PX-20-1943 |
| *Plaintiffs*, | |
| v. | |
| CENTER FOR VEIN RESTORATION, LLC, *et al.*, | |
| *Defendants*. | |

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1) and the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the parties filed a Joint Stipulation of Dismissal.  Upon consideration of the Stipulation, and the papers on file in this action, on this __19th__ day of March, 2026,

IT IS HEREBY **ORDERED** that:

1.  Consistent with the terms and conditions of the Settlement Agreement executed by all parties in the above-captioned Civil Actions, all claims asserted on behalf of the United States

1

against the Defendants concerning the Covered Conduct as defined in the Parties' Settlement Agreement are dismissed with prejudice as to the United States and the Relators; and

2. Consistent with the terms and conditions of the Settlement Agreements executed by all parties, any and all other claims against the Defendants are dismissed without prejudice as to the United States and with prejudice as to Relators.

3. The Clerk of the Court shall remit a copy of this Order to all counsel of record in the above-captioned cases.

_____/s/_____
Paula Xinis
United States District Judge